7785. PARKER *v.* LEE.

LUKE, J. 1. The motion to dismiss the writ of error is without merit. Acts 1911, p. 150; Park's Code, § 6090 (a). And see *Newton Bkg. Co.* v. *Hudgins,* 14 *Ga. App.* 229 (80 S. E. 675).

2. Where one wrongfully takes the personal property of another and converts it into money, the latter has a right of action ex delicto for the wrong done him, but is not restricted to that form of action, and may,

as a general rule, waive the tort and sue in assumpsit as for money had and received. *Cragg* v. *Arendale*, 113 *Ga.* 181 (38 S. E. 399); *Southern Ry. Co.* v. *Born Steel Range Co.*, 122 *Ga.* 658 (50 S. E. 488). 3. There is no merit in any of the assignments of error.

*Judgment. affirmed. Wade, C. J., and George, J., concur.*

DECIDED MARCH 19, 1917.

Appeal; from Berrien superior court—Judge Thomas. July 31, 1916.

From the record it appears that the rule nisi on the motion for a new trial was not signed by the trial judge; and for this reason counsel for the defendant in error moved to dismiss the writ of error.

*Hendricks, Mills & Hendricks,* for plaintiff in error.

*W. D. Buie,* contra.